IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CABADA, | 1:12-cv-01517 DLB (PC) |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA** |
| CDC STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding pro se, has filed a civil action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in San Luis Obispo County, which is in the Central District of California. Therefore, the complaint should have been filed in the Central District of California.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the United States District Court for the Central District of California. This court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Central District of

-1-

California; and

    2.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

  IT IS SO ORDERED.

**Dated:   October 23, 2012**            **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE